UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT STOUD,                               :
                                            :
                        Plaintiff    :          CIVIL ACTION - LAW
                                            :
        v.                                  :
                                            :
SUSQUEHANNA COUNTY, ET AL.,          :          NO. 3:17-CV-2183-MEM
                                            :
                        Defendants   :

## ENTRY OF APPEARANCE

TO:   PETER WELSH, CLERK OF COURT

        Please enter the appearance of the undersigned as counsel for Defendants,

Susquehanna County, Susquehanna County Commissioner Mary Ann Warren, and

Susquehanna County Commissioner Elizabeth Arnold in the above-captioned action.

                        KREDER BROOKS HAILSTONE LLP

220 Penn Avenue, Suite 200
Scranton, PA 18503              BY:  /s/ A. James Hailstone
(570) 346-7922                       A. James Hailstone
                                     Attorney I.D. #80055
                                     Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 20th day of December, 2017, A. James Hailstone, a member

of the firm of Kreder Brooks Hailstone LLP, electronically filed the foregoing Entry

of Appearance with the Clerk of the United States District Court for the Middle

District of Pennsylvania using the CM/ECF system which sent notification of such

filing to the following Filing Users at the following e-mail address(es):

Gerard M. Karam, Esquire
Mazzoni, Karam, Petorak & Valvano
321 Spruce Street, Suite 201
Scranton, PA 18503
570-348-0776
gkaram18@msn.com
*ATTORNEYS FOR PLAINTIFF*

/s/A. James Hailstone
A. James Hailstone
Attorney I.D. #80055
Attorneys for Defendants