UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, ET AL., | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendants | : | |

ORDER

AND NOW, this _____ day of _____, 2018, the Motion of Defendant, Susquehanna County, to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) is hereby Granted.

_____J.