UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, ET AL., | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendants | : | |

CERTIFICATE OF NON-CONCURRENCE

The undersigned counsel contacted Plaintiff's counsel who indicated that he does not concur in the Defendant's Motion to Dismiss.

KREDER BROOKS HAILSTONE LLP

220 Penn Avenue, Suite 200
Scranton, PA 18503          BY:  /s/A. James Hailstone
(570) 346-7922                   A. James Hailstone
                                 Attorney I.D. #80055
                                 Attorneys for Defendants