## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT STOUD,** | : |
| | : |
| Plaintiff | :  CIVIL ACTION NO. 3:17-2183 |
| | : |
| v | : |
| | :  (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY,** | : |
| **COMMISSIONER ELIZABETH** | : |
| **ARNOLD and COMMISSIONER** | |
| **MARYANN WARREN,** | : |
| | |
| Defendants | : |

FILED
SCRANTON
APR 1 0 2018
PER _____ DEPUTY CLERK

### ORDER

A case management conference having been held today, **IT IS HEREBY ORDERED that:**

1. **Joining Additional Parties**. The final date for the joining of additional parties shall be **July 2, 2018**.

2. **Amendment of Pleadings**. The final date for the amendment of pleadings shall be **July 2, 2018.**

3. **Fact Discovery**. All fact discovery shall be completed by **August 5, 2018.**

4. **Expert Reports**. Expert reports will be due from the plaintiff on or before **October 5, 2018**; from the defendant on or before **November 9, 2018**; Supplementations, if any, by plaintiff will be due on or before **December 3, 2018** and by defendant will be due on or before **January 4, 2019.**

5. **Expert Discovery.** All expert discovery shall be completed by **February 20, 2019.**

6. **Dispositive Motions.** Dispositive motions, if any, shall be filed by **September 2, 2018.**

The final pretrial conference and trial dates will be decided after the dispositive motion deadline has expired.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact chambers to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of court, and even then only following the above noted procedure.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss. Should the parties enter into private mediation, the court should immediately be notified of the proposed date for mediation. Additionally if mediation is successful counsel shall immediately notify the court.

The schedule established herein should be followed by all counsel and parties. Continuances of trial and extensions of the discovery period will be sparingly granted, and only when appropriate circumstances demand and application is timely made.

MALACHY E. MANNION
United States District Judge

**DATED: April 10, 2018**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-2183-03.wpd