**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that he spoke with A. James Hailstone,

Esquire requesting concurrence in the Motion to Extend Deadline to Amend

Pleadings.  Attorney Hailstone did not concur in said motion.

/s/ Christopher J. Szewczyk, Esquire
Christopher J. Szewczyk, Esquire
Mazzoni, Karam, Petorak, and
Valvano
321 Spruce Street
Suite 201
Scranton, PA 18503
(570) 348-0776

Dated:  July 10, 2018

## CERTIFICATE OF SERVICE

I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 10th day of July, 2018.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire