IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## MOTION TO EXTEND FACT DISCOVERY DEADLINE

NOW COMES, the Plaintiff, Robert Stoud, by and through his counsel, and in support of this motion, avers as follows:

1. Pursuant to an Order dated April 10, 2018 (Doc. 14) entered by this Honorable Court, the fact discovery deadline in this matter is August 5, 2018.

2. Depositions in this matter are scheduled for August 15, 2018 and August 16, 2018, and it is anticipated another deposition day may be necessary.

3. Given the August 5, 2018 deadline, the Plaintiff is seeking to extend said fact discovery deadline sixty (60) days.

4. Via email on August 2, 2018, Plaintiff's counsel sought concurrence with this request. Opposing counsel concurs with Plaintiff's request.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court extend the fact discovery deadline in this matter sixty (60) days.

                                               Respectfully Submitted:

                                               /s/ Gerard M. Karam, Esquire
                                               Gerard M. Karam, Esquire
                                               Bar I.D. # PA 49625
                                               gmk@mkpvlaw.com

                                               /s/ Christopher J. Szewczyk, Esquire
                                               Bar I.D. # PA 306689
                                               cjs@mkpvlaw.com
                                               Mazzoni, Karam, Petorak, and Valvano
                                               321 Spruce Street
                                               Suite 201
                                               Scranton, PA 18503
                                               P: (570) 348-0776
                                               F: (570) 348-2755

Date: August 3, 2018

## **CERTIFICATE OF CONCURRENCE**

The undersigned hereby certifies that on August 2, 2018, he contacted A. James Hailstone, Esquire requesting concurrence in the foregoing motion. Attorney Hailstone concurs in Plaintiff's request.

/s/ Christopher J. Szewczyk, Esquire
Christopher J. Szewczyk, Esquire
Mazzoni, Karam, Petorak, and
Valvano
321 Spruce Street
Suite 201
Scranton, PA 18503
(570) 348-0776

Dated:  August 3, 2018

## **CERTIFICATE OF SERVICE**

I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 3rd day of August, 2018.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire