IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this _____ day of _____, 2018, based upon Plaintiff's Motion to Extend Fact Discovery Deadline, said motion is GRANTED. Fact discovery in this matter shall be completed on or before _____.

BY THE COURT:

_____ J.