IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 3rd day of August, 2018, based upon Plaintiff's Motion to Extend Fact Discovery Deadline, said motion is GRANTED. Fact discovery in this matter shall be completed on or before October 5, 2018.

BY THE COURT:

/s/ [signature] J.