**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT STOUD, :

   Plaintiff : CIVIL ACTION NO. 3:17-2183

v. : (MANNION, D.J.)

SUSQUEHANNA COUNTY, :
ELIZABETH ARNOLD,
and MARY ANN WARREN, :

   Defendants

# O R D E R

In accordance with the memorandum issued this same day, and upon consideration of the defendants' motion to dismiss, **(Doc. 8)**, **IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss, is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The defendants' motion is **GRANTED** with respect to all of the plaintiff's claims for punitive damages in his complaint and these claims are **DISMISSED WITH PREJUDICE**;

(2) The defendants' motion is **GRANTED** with respect to all claims against defendants Arnold and Warren;

(3) All of the Title VII claims against defendants Arnold and Warren are **DISMISSED WITH PREJUDICE**;

(4) The PHRA claims against defendants Arnold and Warren, in their official capacities, are **DISMISSED WITH PREJUDICE**;

(5) The PHRA claims against defendants Arnold and Warren, in their

(5) individual capacities, are **DISMISSED WITHOUT PREJUDICE**;

(6) The defendants' motion is **DENIED** with respect the plaintiff's Title VII and PHRA retaliation claims in Counts I and III of his complaint against defendant Susquehanna County;

(7) The defendants' motion is **DENIED** with respect the plaintiff's Title VII and PHRA hostile work environment claims in Counts II and IV of his complaint against defendant Susquehanna County; and

(8) The remaining defendant Susquehanna County is directed to file its answer to the plaintiff's complaint within 14 days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 6, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2183-01-Order.wpd