UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendant | : | |

ORDER

AND NOW, this __3rd__ day of __October__, 2018, it is hereby

ORDERED that the deadlines in the above-captioned action are extended as follows:

Dispositive Motions shall be due on November 9, 2018

Malachy E Mannion
United States District Judge