IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this _____ day of _____, 2018, based upon Plaintiff's Motion to Extend Deadline for Expert Reports, said motion is GRANTED. Expert reports from the Plaintiff are due on or before _____; from the Defendant on or before _____; supplementations, if any, by Plaintiff will be due on or before _____ and by Defendant on or before _____.

BY THE COURT:

_____J.