IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 9th day of October, 2018, based upon Plaintiff's Motion to Extend Deadline for Expert Reports, said motion is GRANTED. Expert reports from the Plaintiff are due on or before **November 9, 2018**; from the Defendant on or before **December 10, 2018**; supplementations, if any, by Plaintiff will be due on or before **January 11, 2019** and by Defendant on or before **February 11, 2019**.

BY THE COURT:

_/s/_ J.