UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| v. | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| Defendant | : | |

ORDER

AND NOW, this _____ day of _____, 2018, it is hereby ORDERED that the deadlines in the above-captioned action are extended as follows:

1) Dispositive Motions shall be due on November 21, 2018

2) Expert reports from the Plaintiff are due on or before December 10, 2018; from the Defendant on or before January 10, 2019; and supplementations, if any, by Plaintiff will be due on or before February 11, 2019 and by the Defendant on or before March 11, 2019.

_____
Malachy E Mannion
United States District Judge