UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendant | : | |

ORDER

AND NOW, this  13th  day of  November , 2018, it is hereby ORDERED that the deadlines in the above-captioned action are extended as follows:

1) Dispositive Motions shall be due on November 21, 2018

2) Expert reports from the Plaintiff are due on or before December 10, 2018; from the Defendant on or before January 10, 2019; and supplementations, if any, by Plaintiff will be due on or before February 11, 2019 and by the Defendant on or before March 11, 2019.

Malachy E. Mannion
United States District Judge