UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT STOUD,                :
                             :
           Plaintiff         :    CIVIL ACTION - LAW
                             :
v.                           :
                             :
SUSQUEHANNA COUNTY,          :    NO. 3:17-CV-2183-MEM
                             :
           Defendant         :

ORDER

AND NOW, this 26th day of November, 2018, it is hereby ORDERED that the deadlines in the above-captioned action are extended as follows:

Dispositive Motions shall be due on November 28, 2018

_____
Malachy E. Mannion
United States District Judge