UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, the Motion for Summary Judgment of Defendant, Susquehanna County, is hereby Granted and Plaintiff's Complaint against Defendant, Susquehanna County is Dismissed.

_____J.