IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this _29th_ day of _November_, 2018, based upon Plaintiff's Motion to Extend Deadline for Expert Reports, said motion is GRANTED. Expert reports from the Plaintiff are due on or before **January 15, 2019**; from the Defendant on or before **February 15, 2019**; supplementations, if any, by Plaintiff will be due on or before **March 15, 2019** and by Defendant on or before **April 15, 2019.**

BY THE COURT:

_____ J.