UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| | : | |
| Defendant | : | |

ORDER

AND NOW, this  12T  day of  December , 2018, it is hereby ORDERED that the deadlines in the above-captioned action are extended as follows:

1) Defendant's Brief in Support of the Motion for Summary Judgment is due on or before December 28, 2018.

_____
Malachy E Mannion
United States District Judge