# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## JOINT MOTION TO STAY CASE AND ORDER MEDIATION

NOW COMES, the respective parties, by and through their respective counsel, and in support of this motion, aver as follows:

1. The parties in this matter have agreed to take advantage of the Middle District of Pennsylvania's mediation program.

2. The parties have agreed upon Joseph A. Barrett, Esquire from the Court's Certified Mediators list to serve as mediator in this matter.

3. The parties also agree to a stay of all proceedings in this case pending the outcome of the mediation.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order staying further proceedings and ordering the parties to mediation with Joseph A. Barrett, Esquire.

Respectfully Submitted:

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire
Bar I.D. # PA 49625
gmk@mkpvlaw.com

/s/ Christopher J. Szewczyk, Esquire
Christopher J. Szewczyk, Esquire
Bar I.D. # PA 306689
cjs@mkpvlaw.com
Mazzoni, Karam, Petorak, and Valvano
321 Spruce Street
Suite 201
Scranton, PA 18503
P: (570) 348-0776
F: (570) 348-2755
Attorneys for the Plaintiff


/s/ A. James Hailstone, Esquire
A.James Hailstone
Bar I.D. # PA80055
Attorney for Defendant


Date: January 9, 2019

## **CERTIFICATE OF CONCURRENCE**

The undersigned hereby certifies that on January 9, 2019, he contacted A. James Hailstone, Esquire requesting concurrence in the foregoing motion. Attorney Hailstone concurs in Plaintiff's request.

/s/ Christopher J. Szewczyk, Esquire  
Christopher J. Szewczyk, Esquire  
Mazzoni, Karam, Petorak, and Valvano  
321 Spruce Street  
Suite 201  
Scranton, PA 18503  
(570) 348-0776

Dated:  January 9, 2019

## **CERTIFICATE OF SERVICE**

    I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 9th day of January, 2019.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## **ORDER**

AND NOW, this _____ day of _____, 2019, based upon the Joint Motion to Stay Case and Order Mediation, said motion is GRANTED. It is ORDERED as follows:

1. All case deadlines shall be stayed until the completion of mediation.

2. Joseph A. Barrett, Esquire is hereby appointed as mediator in this matter.

BY THE COURT:

_____J.