# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 10TH day of January, 2019, based upon the Joint Motion to Stay Case and Order Mediation, said motion is GRANTED. It is ORDERED as follows:

1. All case deadlines shall be stayed until the completion of mediation.

2. Joseph A. Barrett, Esquire is hereby appointed as mediator in this matter.

BY THE COURT:

_____ J.