# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 6th day of March, 2019, based upon the Joint Motion to Continue Stay of Case, said motion is GRANTED. It is ORDERED as follows:

1. All case deadlines shall be stayed for an additional thirty (30) days from the date of this Order.

2. If after 30 days no settlement is reached, the parties shall submit a motion setting deadlines for expert reports.

BY THE COURT:

*[signature]*