

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

*ELECTRONICALLY FILED*

April 8, 2019

The Honorable Malachy E. Mannion
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:   Report of the Mediator**
       **Stoud v. Susquehanna County**,  3: 17-CV-2183  (Mannion, J.)

Dear Judge Mannion:

Mediation occurred as ordered.  The matter is not settled.

Thank you for the opportunity to serve as mediator in this case.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett