UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY** | : | |
| Defendant | : | |

## ORDER

In accordance with this court's order issued on March 8, 2019 (Doc. 39), **IT IS HEREBY ORDERED THAT**:

**(1)** The stay in this matter is **LIFTED**;

**(2)** defendant Susquehanna County shall file a brief in support of its motion for summary judgment no later than **May 2, 2019**; and

**(3)** the parties shall file a joint, proposed order setting a deadline for filing expert reports.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 12, 2019**
17-2183-04