IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183 |

## ORDER

AND NOW, this 17th day of April, 2019, after concurrence of the parties, it is hereby ORDERED as follows: Expert reports from the Plaintiff are due on or before **June 17, 2019**; from the Defendant on or before **August 2, 2019**; supplementations, if any, by Plaintiff will be due on or before **September 3, 2019** and by Defendant on or before **October 4, 2019**.

BY THE COURT:

_____ J.