IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this _____ day of _____, 2019, based upon Plaintiff's Motion to Extend Deadline for Expert Reports, said motion is GRANTED. Expert reports from the Plaintiff are due on or before **July 1, 2019**; from the Defendant on or before **August 16, 2019**; supplementations, if any, by Plaintiff will be due on or before **September 17, 2019** and by Defendant on or before **October 18, 2019**.

BY THE COURT:

_____J.