UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT STOUD,                        :
                                     :
                    Plaintiff   :        CIVIL ACTION - LAW
                                     :
     v.                              :
                                     :
SUSQUEHANNA COUNTY,                  :        NO. 3:17-CV-2183-MEM
                                     :
                    Defendant   :

ORDER

AND NOW, this ____11ᵀᴴ____ day of ____September____, 2019, it is hereby

ORDERED that the deadlines in the above-captioned action are extended as

follows:

     Expert reports from the Defendant are due on or before November 11, 2019.

_____
Malachy E Mannion
United States District Judge