IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this __13th__ day of __September__, 2019, it is hereby ORDERD that the deadlines in the above-captioned action are extended as follows:

Plaintiff's supplement expert reports are due on or before December 12, 2019.

BY THE COURT:

_____ J.