IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183 |

## MOTION TO EXTEND DEADLINE FOR SUPPLEMENT TO EXPERT REPORTS

NOW COMES, the Plaintiff, Robert Stoud, by and through his counsel, and in support of this motion, avers as follows:

1. Pursuant to an Order dated September 13, 2019 (Doc. 52), the Court set a deadline of December 12, 2019 for Plaintiff to file his supplemental expert report.

2. The Plaintiff seeks an Order to extend the deadline for supplementary expert reports.

3. The Defendant has no expert, but Plaintiff is in need to file a supplementary report because Plaintiff received relevant discovery from the Defendant after the discovery deadline and after Plaintiff timely filed his initial expert report.

4. The requested extension will not unreasonably delay trial.

5. Plaintiff's counsel contacted defense counsel on December 11, 2019 and December 12, 2019 seeking concurrence. As of the time of filing this motion, Plaintiff's counsel has not gotten a response.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court extend the deadlines for Plaintiff's supplementary expert reports.

                                           Respectfully Submitted:

                                           /s/ Gerard M. Karam, Esquire
                                           Gerard M. Karam, Esquire
                                           Bar I.D. # PA 49625
                                           gmk@mkpvlaw.com

                                           /s/ Christopher J. Szewczyk, Esquire
                                           Bar I.D. # PA 306689
                                           cjs@mkpvlaw.com
                                           Mazzoni, Karam, Petorak, and Valvano
                                           321 Spruce Street
                                           Suite 201
                                           Scranton, PA 18503
                                           P: (570) 348-0776
                                           F: (570) 348-2755

Date: December 12, 2019

## **CERTIFICATE**

The undersigned hereby certifies that on December 11, 2019 and December 12, 2019, he contacted A. James Hailstone, Esquire requesting concurrence in the foregoing motion. As of the filing of this motion, no response has been received.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire
Mazzoni, Karam, Petorak, and Valvano
321 Spruce Street
Suite 201
Scranton, PA 18503
(570) 348-0776

Dated: December 12, 2019

## **CERTIFICATE OF SERVICE**

I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 12th day of December, 2019.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire