IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT STOUD | CIVIL ACTION |
|---|---|
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 13th day of December, 2019, it is hereby

ORDERD that the deadlines in the above-captioned action are extended as follows:

Plaintiff's supplement expert reports are due on or before January 17, 2020.

BY THE COURT:

/s/ *signature* J.