# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## PLAINTIFF'S SUPPLEMENTAL RESPONSIVE STATEMENT

NOW COMES, the Plaintiff, Robert Stoud, by and through his counsel, and in support of this motion, avers as follows:

1. Defendant filed a Motion for Summary Judgment on November 29, 2018 (Doc. 30).

2. Both parties fully briefed the issue and are awaiting a ruling from this Honorable Court.

3. Subsequent to the submission of briefs, on May 19, 2020, a lawsuit was filed in the United States District Court for the Middle District of Pennsylvania captioned as "Michael Giangrieco v. Susquehanna County; Elizabeth Arnold; and Judith Herschel" docketed to 3:20-CV-817-JEJ ("the Giangrieco lawsuit"). A copy of the Giangrieco lawsuit is attached hereto and incorporated herein as **Exhibit A**.

4. The Giangrieco lawsuit makes allegations that are pertinent to this matter. See ¶ 14-19 of **Exhibit A**.

5. These allegations include, *inter alia*, the following:

    a. The County's insurance company preparing documents in response to an EEOC complaint filed by Stoud and another employee against the County which were false and inaccurate.

    b. The County's insurance company being informed of the false statements and being told to change the same.

    c. County employees being asked to lie regarding the EEOC complaint to protect Commissioner Arnold.

6. These allegations are material to deciding the summary judgment motion.

7. These allegations raise an issue of material fact that must be decided by a jury and warrant the denial of summary judgment. See, Fed.R.Civ.P. 56(c); Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986); Berner Int'l Corp. v. Mars Sales Co., 987 F.2d 975, 978 (3d Cir. 1993).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny the Motion for Summary Judgment.

Respectfully Submitted:

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire
Atty. ID# PA 49625

<u>/s/ Christopher J. Szewczyk, Esquire</u>
Christopher J. Szewczyk, Esquire
Atty. ID # PA 306689
Mazzoni, Karam, Petorak, and Valvano
321 Spruce Street
Suite 201
Scranton, PA 18503
P: (570) 348-0776
F: (570) 348-2755

# CERTIFICATE OF SERVICE

I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 11th day of June, 20120.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire