# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT STOUD** | : |
| Plaintiff | : CIVIL ACTION NO. 3:17-2183 |
| v. | : (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY,** | : |
| Defendant | : |

## O R D E R

In accordance with the memorandum issued this same day, and upon consideration of the County's motion for summary judgment, (Doc. 30), **IT IS HEREBY ORDERED THAT**:

**(1)** The County's motion is **DENIED** with respect to the plaintiff's Title VII and PHRA retaliation claims in Counts I and III of his complaint and, these claims shall **PROCEED** to trial; and

**(2)** The County's motion is **DENIED** with respect to the plaintiff's Title VII and PHRA hostile work environment claims in Counts II and IV of his complaint and, these claims shall **PROCEED** to trial.

**(3)** By separate order the court will set a date for trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 7, 2020**
17-2183-02-ORDER