### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY** | : | |
| **Defendant** | : | |

### O R D E R

Motions *in limine*, together with their supporting briefs (which shall not exceed 5 pages in length), shall be due on or before **August 21, 2020**. Opposing briefs shall be filed on or before **August 28, 2020.**

The **Final Pretrial Conference** will be held on **Wednesday, September 2, 2020 at 10:30 a.m.** This may be held in-person or by video-conference. **The parties shall communicate, discuss and report to the court in writing, ten (10) days prior to the conference, whether they wish to schedule the final pretrial conference by video conference or in person.**

The Trial will begin with jury selection **at 9:30 a.m. on Monday, September 28, 2020**, in the William J. Nealon Federal Building & United States Courthouse, 235 N. Washington Ave., Scranton, PA in Courtroom 3.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 22, 2020**
17-2183-06