# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this 27th day of July, 2020, it is hereby ORDERED that Plaintiff's Motion to Permit Additional Discovery is GRANTED. The parties are allowed to conduct discovery limited to the allegations contained in Michael Giangrieco's Complaint. Said discovery shall be conducted in a timely manner so as not to delay any deadlines or the trial date set by this Court.

BY THE COURT:

s/ *Malachy E. Mannion* J.