# Exhibit D

 **Christopher Szewczyk <cjs@mkpvlaw.com>**

## Stoud v. Susquehanna County

**GERARD KARAM** <gkaram18@msn.com>　　　　　　　　　　　　Wed, Aug 12, 2020 at 7:26 PM
To: Jaime Hailstone <jhailstone@kbh-law.com>
Cc: Christopher Szewczyk <cjs@mkpvlaw.com>, MARI BURKE <mburke1077@aol.com>

Jamie, Consistent with the Court's recent order we would like to take the depositions of Commissioners Warren, Arnold, Hall and Giangreco. I propose the following dates: August 20, 25, 27, September, 3, 7, 9 and 10. Please let me know what dates work for you and Commissioners Warren, Arnold and Hall. Once we get an agreed upon date we then can get dates from Attorney Giangreco. Thanks, Jerry

Sent from my iPad

Gerard M. Karam