# Exhibit E



ATTORNEYS AT LAW

Suite 200
220 Penn Avenue
Post Office Box 956
Scranton, PA 18501
570 346 7922
Fax: 570 346 3715
E-Mail: kbh@kbh-law.com
www.kbh-law.com

DAVID K. BROWN
[illegible] L.L.M.
RICHARD G. REED
A. JAMES HAILSTONE
DANA M. ZLOTUCHA

Of Counsel
ANDREW HAILSTONE
LUCILLE MARSH
MICHAEL J. DONOHUE

CODY H. BROOKS
RETIRED

JOSEPH C. KREDER
(1953-2005)

August 13, 2020

**VIA E-MAIL ONLY**

Gerard M. Karam, Esquire
Mazzoni, Karam, Petorak & Valvano
321 Spruce Street, Ste 201
Scranton, PA 18503

RE: STOUD V. SUSQUEHANNA COUNTY

Dear Jerry:

I am in receipt of your August 12, 2020 email regarding scheduling depositions including the former Susquehanna County Solicitor, Mike Giangrieco. Susquehanna County does not waive attorney-client privilege regarding any advice, thoughts, comments or counsel provided by Attorney Giangrieco to the Commissioners, or any County employee, while Attorney Giangrieco was County Solicitor.

More specifically, neither Commissioner Hall nor Commissioner Arnold will waive attorney-client privilege during the proposed depositions. To avoid the expense of holding the depositions in light of the privilege, I suggest you provide, in writing, the specific areas of inquiry which you seek to address and we can determine whether they would violate attorney-client privilege.

Thank you in advance.

Very truly yours,

KREDER BROOKS HAILSTONE LLP

A. James Hailstone

cc: Susquehanna County
County Commissioners Association