IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183-MEM |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that Plaintiff's Motion to Compel Oral Depositions is GRANTED. It is hereby ORDERED AND DECREED that Michael Giangrieco, Esquire, Mary Ann Warren, Elizabeth Arnold, Alan Hall, and Jeanne Conklin are compelled to submit themselves to oral depositions at the law office of Mazzoni, Karam, Petorak, and Valvano at a time agreeable by counsel. Deponents shall not be questioned on areas that violate the attorney-client privilege.

BY THE COURT:

_____ J.