UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY** | : | |
| Defendant | : | |

### O R D E R

Presently before the court is the defendant's motion to compel (Doc. 61) and the defendant's brief in opposition. (Doc.62). The motion and brief are **STRICKEN** from the record. Counsel is directed to review and follow the procedure outlined in the court's order of April 10, 2018, (Doc. 14), which sets forth the following procedure:

> Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact chambers to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of court, and even then only following the above noted procedure.

To the extent that counsel for the plaintiff continues to fail to respond in a good faith manner as described above, that may be included in any necessary discovery dispute conference with the court.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 20, 2020**
17-2183-07