UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ROBERT STOUD, | | : | |
| | | : | |
| | Plaintiff | : | CIVIL ACTION - LAW |
| | | : | |
| v. | | : | |
| | | : | |
| SUSQUEHANNA COUNTY, | | : | NO. 3:17-CV-2183-MEM |
| | | : | |
| | Defendant | : | |

ORDER

AND NOW this _____ day of _____, 2020, upon

consideration of Motion In Limine Of Defendant Susquehanna County To

Preclude Evidence Protected by Attorney-client privilege, it is HEREBY

ORDERED that said Motion is GRANTED.

BY THE COURT:

_____