UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD, | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| v. | : | |
| SUSQUEHANNA COUNTY, | : | NO. 3:17-CV-2183-MEM |
| Defendant | : | |

ORDER

AND NOW this _____ day of _____, 2020, upon consideration of Motion In Limine Of Defendant Susquehanna County To Preclude Plaintiff's Expert Report and Testimony, it is HEREBY ORDERED that said Motion is GRANTED.

BY THE COURT:

_____