# EXHIBIT A

1  remember what we were talking about. Commissioner Arnold
2  entered. I can't remember what the issue was, as I sit here,
3  but she was extremely agitated. She was yelling at me and then
4  she left and slammed the door. Commissioner Warren even made a
5  comment that it was not right and something should be done about
6  it.
7      At this point, I believe it was in June or July...it
8  was after the meeting. Sometime around that timeframe...well,
9  certainly by this point, I had already filed and made them aware
10 that I was filing an EOC Complaint. As such, I'm sure I stated
11 at that time that I considered this to be continuing
12 retaliation, and I wrote a letter documenting it and forwarding
13 it to all the Commissioners, the solicitor and I believe the EOC
14 investigator.
15     Q.  When you left as Chief Clerk or even Deputy Chief
16 Clerk to become the County Detective and Director of Public
17 Safety, you had an increase in pay; correct?
18     A.  No. I think it stayed where it was at.
19     Q.  So there was no loss of pay.
20     A.  No, there was no loss in pay, if that's the end of
21 your question.
22     Q.  Correct.
23     A.  There was a loss of responsibility.
24     Q.  After you left the Chief Commissioner or Deputy
25 Commissioner, whichever was defined at the time, and became