**EXHIBIT B**

1  for DA Klein may not have been in sync with the District
2  Attorney's thoughts, probably for the best.  Additionally, with
3  the death of DA Klein...I guess to put it in context and stop me
4  if I'm making this answer too long.  Commissioner Arnold and
5  Commissioner Warren had gone to DA Klein about Mrs. McNamara's
6  position, my position, where our offices were, I believe even in
7  the fact that she had been hired in the first place.  He put an
8  end to that, is what he told me.  With his death and
9  subsequently Mrs. O'Malley being put in that position,
10 Commissioner Arnold returned back to the DA's Office.  She
11 seemed to be very close with Commissioner O'Malley.  She was
12 close with Kathy Ragard and spent an increasing amount of time
13 up there which obviously increased my discomfort.  I thought it
14 probably would be best for me to leave that position.
15      Q.   Who is Kathy Ragard?
16      A.   Kathy Ragard is, I guess, the office manager for the
17 District Attorney's Office.
18           I believe it's Kathy with a K, and it's R-a-g-a-r-d.
19      Q.   As you're testifying here today, you're saying that if
20 District Attorney Urbanski won out with the legal challenge
21 over, you would have stayed on in the DA's Office.
22      A.   Yes.  Probably.  I would think so, yes.
23      Q.   Do you still have any contact with any of the current
24 Commissioners now that you're out of Susquehanna County?
25      A.   I have not spoken with Commissioner Arnold.  I have