

**Mazzoni Karam Petorak & Valvano**
ATTORNEYS AT LAW

Paul R. Mazzoni
Gerard M. Karam
John Petorak, Jr.
Rocco V. Valvano, Jr.
Christopher J. Szewczyk

August 24, 2020

Honorable Malachy E. Mannion
U.S. District Court Middle District of PA
William J. Nealon Federal Building
235 North Washington Ave.
Scranton, PA  18501

            **RE:  Stoud v. Susquehanna County**
                   **Civil Action 3:17-2183**

Dear Judge Mannion:

    After consultation with Defendant's counsel, Jamie Hailstone, the undersigned and Attorney Hailstone request an in-person Final Pre-Trial Conference.

    If you have any questions, please do not hesitate to contact the undersigned.

                                    Very truly yours,

                                    *Gerard M. Karam*

GMK/meb

cc:  Jamie Hailstone, Esq.