**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT STOUD** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:17-2183** |
| v. | : | **(JUDGE MANNION)** |
| **SUSQUEHANNA COUNTY** | : | |
| Defendant | : | |

**O R D E R**

Per request of counsel, the Final Pretrial Conference will be held on Wednesday, September 2, 2020 at 10:30 a.m**. in-person**. Counsel only need be in attendance, but their respective clients shall be available by telephone.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 24, 2020**
17-2183-08