### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-2183** |
| **v.** | : | **(JUDGE MANNION)** |
| **SUSQUEHANNA COUNTY,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, the court having conducted an in-person Final Pre-trial Conference with the parties, **IT IS HEREBY ORDERED:**

**(1)** A settlement conference  is scheduled for **September 14, 2020**, at **10:30a.m.**, in **Courtroom 3** of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave, Scranton, PA. Counsel and their clients are **DIRECTED** to be physically present at the conference.

**(2)** Jury selection and trial will begin on **September 28, 2020**, at **9:30a.m**. in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave, Scranton, PA in **Courtroom 3**.

**(3)** Proposed requests to charge, with an indication of whether opposing counsel concurs or objects to each proposed charge, and a joint proposed verdict slip shall be submitted to the court on or before **September 18, 2020**.

**(4)** If the parties decide they will be utilizing the JERS system at trial and during jury deliberations, they shall provide the court with a CD or DVD containing their exhibits on or before **September 23, 2020**. The disc shall contain the exhibits in PDF format and in accordance with the "Exhibit Formatting Instructions for Batch Importing," which can be found on the court's website. The CD or DVD must be delivered to chambers.

s/*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 2, 2020**

17-2183-09

- 2 -