## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD,** | **:** | |
| **Plaintiff** | **:** | **CIVIL ACTION NO. 3:17-2183** |
| **v.** | **:** | **(JUDGE MANNION)** |
| **SUSQUEHANNA COUNTY,** | **:** | |
| **Defendant** | **:** | |

## ORDER

The settlement conference scheduled for September 14, 2020, is continued until **Wednesday, September 23, 2020 at 10:00 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave, Scranton, PA.

All other aspects of the September 2, 2020 order, remain unchanged.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 11, 2020**
17-2183-10