IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STOUD | : | CIVIL ACTON |
| Plaintiff | : | |
| vs. | : | |
| SUSQUEHANNA COUNTY | : | |
| Defendant | : | No. 3:17-CV-2183-MEM |

## **VERDICT SLIP**

As to Plaintiff, Robert Stoud, and Defendant, Susquehanna County, the jury unanimously finds as follows:

### Hostile Work Environment

1.  Did the Plaintiff (Robert Stoud) prove, by the preponderance of the evidence, that due to his investigation and report of a sexual harassment claim and/or his filing of an EEOC Complaint, the County of Susquehanna subjected him to a hostile work environment in violation of Title VII of the Federal Civil Rights Act?

    YES _____    NO _____

2.  Did the Plaintiff (Robert Stoud) prove, by the preponderance of the evidence, that due to his investigation and report of a sexual harassment claim and/or his filing of an EEOC Complaint, the County of Susquehanna subjected him to a hostile work environment in violation of the Pennsylvania Human Relations Act?

    YES _____    NO _____

### Retaliation

3.  Did the Plaintiff (Robert Stoud) prove, by a preponderance of the evidence, that he engaged in the protected activities of investigating and reporting a sexual harassment claim and/or filing an EEOC Complaint for which the County of Susquehanna and/or its agents retaliated against him?

YES _____    NO _____

### Constructive Discharge

4.  Did Plaintiff (Robert Stoud) prove, by a preponderance of the evidence, that his working conditions were made so intolerable by the hostile work environment that a reasonable person in the Plaintiff's position would be justified in leaving his job?

YES _____    NO _____

If you answered "NO" to Questions, 1, 2, 3 and 4 above, you have completed your deliberations. If you answered "YES" to any of Questions 1, 2, 3, or 4 above, proceed to Question 5.

### Damages

5.  What amount of monetary damages do you award the Plaintiff (Robert Stoud) for:

    Loss of Past Earnings _____

    Loss of Future Earnings _____

Past and Future Compensatory Damages including Mental and Emotional Pain and Suffering and Reputational Harm _____

Nominal Damages _____

6. Did Plaintiff (Robert Stoud) prove, by a preponderance of the evidence, that the County of Susquehanna and/or its agents' conduct toward him was malicious, oppressive or in reckless disregard of his rights?

YES _____   NO _____

If your answer to Question No. 6 is "NO", do not answer the next question; instead go directly to the end of this form, sign and date it where indicated. Otherwise, please answer the next Question.

7. Based on the evidence presented and proven by a preponderance of the evidence, what amount of punitive damages should be awarded in this case?

$ _____

Dated: _____

_____
Foreperson