# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY, et al. | |
| Defendants | No. 3:17-CV-2183 |

## ORDER

AND NOW, this 23rd day of September, 2020, based upon Motion to Continue Trial Date, the motion is hereby GRANTED. The trial date shall be moved to January 11, 2021.

BY THE COURT:

_____ J.