UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY,** | : | |
| Defendant | : | |

### ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Stoud's motion *in limine*, (Doc. 64), is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** insofar as Stoud will be permitted to call Attorney Giangrieco and the Commissioners as witnesses at trial and to question them with respect to those matters that fall within the crime-fraud exception. The motion is **DENIED** with respect to barring the County from submitting evidence related to human resources procedures.

(2) The County's motion *in limine* regarding loss of future earnings, (Doc. 70), is **DENIED**, and Stoud will be

permitted to introduce evidence related to loss of future earnings.

(3) The County's motion *in limine* regarding attorney-client privileged material, (Doc. 66), is **DENIED**.

(4) The County's motion *in limine* regarding Stoud's expert report, (Doc. 68), is **GRANTED WITHOUT PREJUDICE** to Stoud to move for the admission of Patricia Staples as an expert witness at a later time.

         s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 13, 2020**
17-2183-03-ORDER