IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2183 |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that Plaintiff's Motion for Sanctions is GRANTED.  The sanctions imposed against the Defendant are as follows: _____

_____

_____

_____.

It is further hereby ORDERED that Plaintiff's Motion for Judgment on the Pleadings is GRANTED.

BY THE COURT:

_____ J.