**Exhibit D**

June 15, 2017

I, Jeanne Conklin, am explaining my interaction regarding a phone call from CCAP on Wednesday, June 9, 2017 @ 3:00.

Patty Ensminger, Cassandra Pisakowski, and Jennifer Ulsh were on the phone.

They asked me questions regarding the EEOC complaints from Maggie McNamara and Robert Stoud.

I told them that some of the statements on the letters were misleading or false. Maggie's work was described as sloppy, and she was accused of being rude to co-workers and Department Heads. I explained that I had never witnessed that behavior and quite to the contrary, Maggie was yelled at publically by elected officials and Department Heads, but always remained calm and professional as she tried to defuse the situation. She was responsible for putting together meeting agendas for the Commissioner twice a month also, and her work was always scrutinized for missed commas and other minor errors that anyone could have made under the circumstances. Sometimes changes were made to that agenda, by Commissioners, minutes before the start of meetings, allowing even more possibility of errors. It is unfair to allege that Maggie did her job in any sort of unprofessional or sloppy way.

They asked why she was written up, by Stoud, for those same allegations and why she signed off on the counseling letter. I explained that any employee who has any complaint lodged against them will be spoken to and possibly written up, as the County's common practice of handling complaints regarding any employee. Stoud would have gone over the points of the letter with McNamara as common practice, and whether either of them agreed with the complaint, she would sign off agreeing that they had discussed all points.

The CCAP representatives did not want me to share anything I had heard from other people's conversations or anything that I was not present for, as that would be hearsay.

I told them about my encounter with Commissioner Arnold in my office where she told me she wanted Stoud and McNamara fired and that she wanted to write Stoud up for not answering a question she asked him. She asked me why they had to spend so much time together behind his closed office door (which I explained to them that it had a glass see-through window). I told her that McNamara, as the Deputy Chief Clerk, had to be kept up-to-date on all happenings in and around the courthouse in case of Stoud's absence at any time. When she said she wanted to write Stoud up for not answering her question, I told her she has the right to do that, but she never followed that up with a letter.

I was also asked about Maggie's complaint of sexual harassment regarding Rich Ely, and I told them I knew about it, had not witnessed it, but sat in when Stoud addressed her complaint with Ely.

Regarding the Stoud letter, I told the CCAP people that the letter made him look like a spoiled child in that if things were not done his way, he would not cooperate. I told them that Robert

Stoud has been in law enforcement his entire career, and he is a rule follower and a policy enforcer. In my experience working with him, I had watched him, as Chief Clerk, build a team of people, including myself and McNamara, who worked together like a "well-oiled machine" and the fact that his hard work was questioned and criticized by Commissioner Arnold with accusations of insubordination and impropriety is just completely ridiculous.

At times, I felt that they were trying to manipulate my words to paint a skewed version of the truth.

They asked about the amount of power that Stoud had as Chief Clerk, and I told them that he had power to the extent that he shared all information with the Commissioners and that they made the final decisions. They pushed this topic about three times repeatedly saying things like "so you'd say that Stoud had a lot of power in that position?" to which I continued to answer them with "he had power to the extent that he would share the information with the Commissioners and that they would make the final decisions."

Also, during the conversation, the CCAP representatives tried to say that Commissioner Arnold was just trying to learn her job, and I let them know that she was not showing up for the daily 8:15 meetings with the other Commissioners and the Deputy Chief Clerk to get filled in on Court House issues for the day, and that she would complain later that she was not part of decisions and never heard about some of the things going on. She is very hard to reach by phone most of the time, even though she carries personal and County cell phones. Her lack of cooperation does not illustrate her trying to learn her job.

The CCAP people told me that they are working for the County's benefit, and I told them I understand that but the County just wants everything in the letters to be truthful and correct.

*Jeanne Conklin*  6/15/17

Jeanne Conklin, Director of Human Resources