# Exhibit I


Gmail

**Christopher Szewczyk <cjs@mkpvlaw.com>**

## Fwd: Susquehanna County EEOC's

**Gerard Karam** <gmk@mkpvlaw.com>                               Mon, Dec 14, 2020 at 11:29 AM
To: Christopher Szewczyk <cjs@mkpvlaw.com>

Sent from my iPhone

Gerard M. Karam
Mazzoni Karam Petorak & Valvano
Suite 201 Bank Towers
321 Spruce St.
Scranton PA 18503
570-348-0776
www.mkpvlaw.com

Begin forwarded message:

> **From:** Alan Hall <realtoralhall@gmail.com>
> **Date:** December 13, 2020 at 2:40:49 PM EST
> **To:** gmk@mkpvlaw.com
> **Subject: Fwd:  Susquehanna County EEOC's**

---------- Forwarded message ---------
From: **Alan Hall** <realtoralhall@gmail.com>
Date: Sun, Dec 13, 2020 at 2:19 PM
Subject: Fwd: Susquehanna County EEOC's
To: <gkaram18@msn.com>

Attorney Karam,
After I left the deposition the other day I spent a great deal of time reflecting on the questions that you had asked.  That being if there were any other documents that I authored. I answered truthfully and to the best of my knowledge at the time, but I felt compelled to verify the statements due to the fact that it has been over three years and also had the additional concern that you may not have received everything.   Not knowing what other documents you had in front of you or what had been supplied to you I didn't want to be a part of a lie or coverout if that is occurring.  Going through the emails to insure accuracy I'm providing the original email with the attachments sent to CCAP and the same was sent to
Attorney Hailstone later that year which contained 4 attachments that I authored.

Alan Hall
County Commissioner
From: **Alan Hall** <realtoralhall@gmail.com>
Date: Tue, Jun 6, 2017 at 2:12 PM

Subject: Susquehanna County EEOC's
To: <ctroup@pacounties.org>

Please find attached our responses to the email and position papers submitted by Attorney Reed. You may want to start with the summary first. Look forward to our conference call tomorrow at 10 am.

Thank You
Alan M Hall
Chairman Susquehanna County Commissioners

--
Alan M Hall
County Commissioner

**4 attachments**

📄 **Summary to CCAP.docx**
18K

📄 **EMAIL REED TO ULSH.docx**
16K

📄 **Letter Stoud EEOC.docx**
17K

📄 **Letter McNamara EEOC.docx**
14K