**Exhibit J**

Mazzoni Karam Petorak & Valvano Mail - Fwd: Stoud

Page 1 of 1

 Gmail

Christopher Szewczyk <cjs@mkpvlaw.com>

## Fwd: Stoud

**Gerard Karam** <gmk@mkpvlaw.com>  
To: Christopher Szewczyk <cjs@mkpvlaw.com>

Mon, Dec 14, 2020 at 7:51 AM

Fyi

Sent from my iPad

Gerard M. Karam

Begin forwarded message:

> **From:** Alan Hall <realtoralhall@gmail.com>  
> **Date:** December 13, 2020 at 2:39:30 PM EST  
> **To:** gmk@mkpvlaw.com  
> **Subject: Stoud**
>
> This is the original email that was sent to CCAP with Dates
>
> --  
> Alan M Hall  
> County Commissioner

📎 Email_000013.pdf  
53K

12/13/2020 Gmail - Susquehanna County EEOC's



Alan Hall <realtoralhall@gmail.com>

## Susquehanna County EEOC's
1 message

Alan Hall <realtoralhall@gmail.com>  Tue, Jun 6, 2017 at 2:12 PM
To: ctroup@pacounties.org

Please find attached our responses to the email and position papers submitted by Attorney Reed. You may want to start with the summary first. Look forward to our conference call tomorrow at 10 am.

Thank You
Alan M Hall
Chairman Susquehanna County Commissioners

4 attachments

- Summary to CCAP.docx
  18K
- EMAIL REED TO ULSH.docx
  16K
- Letter Stoud EEOC.docx
  17K
- Letter McNamara EEOC.docx
  14K