# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY,** | : | |
| Defendant | : | |

## ORDER

Based upon the resurgence of the COVID-19 Pandemic and the issuance of a new Standing Order suspending trials until after February 1, 2021, the jury trial scheduled for January 11, 2021 is **CONTINUED**.

Jury selection and trial shall begin on **Monday, March 8, 2021 at 9:30 a.m.** in Courtroom #3 in Scranton.

The court may revisit, amend and/or renew this order as appropriate depending on the evolving nature of the present circumstances.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: December 29, 2020
17-2183-12