# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STOUD,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2183 |
| v. | : | (JUDGE MANNION) |
| **SUSQUEHANNA COUNTY,** | : | |
| Defendant | : | |

## ORDER

Due to the current on-going state of the Covid 19 Pandemic and the urgency of criminal trials over civil, the jury trial in this matter is **CONTINUED** until **Monday, July 19, 2021 at 9:30 a.m.**

The court may revisit, amend and/or renew this order as appropriate depending on the evolving nature of the present circumstances.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 29, 2021**
17-2183-13