# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STOUD, | : |
| Plaintiff, | : |
| v. | : NO. 17-CV-2183 |
| SUSQUEHANNA COUNTY, | : JUDGE MANNION |
| Defendant. | : ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Susquehanna County in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Suzanne P. Conaboy (PA ID 314036)
sscanlon@mbklaw.com

Myers, Brier & Kelly, LLP          Attorneys for Defendant, Susquehanna
425 Spruce Street, Suite 200       County
Scranton, PA 18503
(570) 342-6100

Date:  February 24, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 24th day of February 2021:

>Gerard M. Karam
>Mazzoni & Karam
>321 Spruce Street, Suite 201
>Scranton, PA 18503

>/s/ Daniel T. Brier
>Daniel T. Brier